HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SUSIE BLAGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-po-00035-SAB |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND PRETRIAL MOTION SCHEDULE; ORDER |
| vs. | Date: September 27, 2023 |
| SUSIE BLAGEN, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

Defendant Susie Blagen and the government, through counsel, stipulate that the pretrial motion schedule may be extended as follows:

Motions to be filed by: 9/1/2023

Response due by: 9/13/2023

Reply due by: 9/20/2023

The parties request this brief extension for additional time to meet and confer about potential motions.

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  August 25, 2023

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 25, 2023

/s/ *Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
SUSIE BLAGEN

# O R D E R

**IT IS SO ORDERED.**  Motions are to be filed by September 1, 2023, responses by September 13, 2023, and replies by September 20, 2023.

IT IS SO ORDERED.

Dated:  **August 28, 2023**

UNITED STATES MAGISTRATE JUDGE