1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                       IN THE UNITED STATES DISTRICT COURT

10                     FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA           | Case No. 1:23-po-00035-SAB
13 |          Plaintiff,                | STIPULATION TO VACATE TRIAL
   |                                    | DATE; MODIFY BRIEFING SCHEDULE;
14 |                                    | ORDER
15 |     v.
16 | SUSIE BLAGEN,
17 |          Defendant.
18

19
        IT IS HEREBY STIPULATED by and between the parties through their respective
20
   counsel, Assistant United States Attorney Chan Hee Chu, counsel for the United States of
21
   America, and Assistant Federal Defender Laura Myers, counsel for Susie Blagen, that the Court
22
   may vacate the trial, currently scheduled for September 29, 2023, at 9:30 am, and also adopt the
23
   modified briefing schedule below:
24
        United States' Opposition due by 9/20/2023
25
        Defendant's Reply due by 9/27/2023
26
        Motion Hearing on 9/28/2023 at 10:00 am.
27
   ///
28
   ///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  September 6, 2023     */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 6, 2023      /s/ *Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
SUSIE BLAGEN


**O R D E R**

IT IS HEREBY ORDERED that in Case No. 1:23-po-00035-SAB, the currently scheduled trial be vacated, and that the following briefing schedule be adopted:

United States' Opposition due by 9/20/2023

Defendant's Reply due by 9/27/2023

Motion Hearing on 10/06/2023 at 10:00 am.

IT IS SO ORDERED.

Dated:  **September 8, 2023**

UNITED STATES MAGISTRATE JUDGE